Charles K. Manock    #161633
Corban J. Porter      #270115
**BAKER MANOCK & JENSEN, PC**
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704
Telephone:  559.432.5400
Facsimile:  559.432.5620

Attorneys for   Defendant, HAN-KWANG USA, INC., an Illinois corporation.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXCELSIOR METALS, INC., a California corporation, | Case No.:  1:10-cv-02033-OWW-SMS |
| Plaintiff, | **ORDER GRANTING STIPULATION  TO CONTINUE EXPERT WITNESS DISCOVERY CUT-OFF** |
| v. | |
| HAN-KWANG USA, INC., an Illinois corporation; and DOES 1 through 100, inclusive, | Action Filed:   September 8, 2010 |
| Defendant. | Trial Date:      January 10, 2012 |
| HAN-KWANG USA, INC., an Illinois corporation, | |
| Counter-claimant, | |
| v. | |
| EXCELSIOR METALS, INC., a California corporation, | |
| Counter-defendant | |

///

///

///

1
ORDER GRANTING STIPULATION  TO CONTINUE EXPERT WITNESS DISCOVERY CUT-OFF

The Court, having read and considered the Stipulation to Continue Expert Witness Discovery Cut-Off, and the accompanying Declaration of Corban J. Porter, finds that good cause exists to continue the Expert Witness Discovery Cut-Off dates as follows:

1. The expert witness discovery cut-off date of June 15, 2011, be continued to July 15, 2011; and
2. The supplemental expert disclosures cut-off date be continued until July 29, 2011.

IT IS SO ORDERED.

Dated:  **June 17, 2011**             **/s/ Oliver W. Wanger**
                                       UNITED STATES DISTRICT JUDGE