1  Charles K. Manock   #161633
   Louis D. Torch       #192506
2  **BAKER MANOCK & JENSEN, PC**
   5260 North Palm Avenue, Fourth Floor
3  Fresno, California 93704
   Telephone:  559.432.5400
4  Facsimile:  559.432.5620

5  Attorneys for  Defendant, HAN-KWANG USA, INC., an Illinois corporation.

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11 EXCELSIOR METALS, INC., a California  )  Case No.:  1:10-cv-02033-OWW-SMS
   corporation,                          )
12                                       )
                                         )
13                 Plaintiff,            )  **ORDER GRANTING STIPULATION  TO**
                                         )  **CONTINUE DISCOVERY CUT-OFF**
14       v.                              )
                                         )
15 HAN-KWANG USA, INC., an Illinois      )  Action Filed:  September 8, 2010
   corporation; and DOES 1 through 100,  )  Trial Date:     January 10, 2012
16 inclusive,                            )
                   Defendant.            )
17 _____ )
                                         )
18 HAN-KWANG USA, INC., an Illinois      )
   corporation,                          )
19                                       )
                  Counter-claimant,      )
20                                       )
                                         )
21       v.                              )
                                         )
22 EXCELSIOR METALS, INC., a California  )
   corporation,                          )
23                                       )
                  Counter-defendant      )
24                                       )
                                         )
25 _____ )

26 ///

27 ///

28 ///

1
ORDER GRANTING STIPULATION  TO CONTINUE EXPERT WITNESS DISCOVERY CUT-OFF

PDF created with pdfFactory trial version www.pdffactory.com

The Court, having read and considered the Stipulation to Continue Discovery Cut-Off, and the accompanying Declaration of Louis D. Torch, finds that good cause exists to continue the Discovery Cut-Off date as follows:

The discovery cut-off date of August 15, 2011, be continued to September 16, 2011 only for the limited purpose of taking or defending depositions.

IT IS SO ORDERED.

DATED: _July 28, 2011

              ___/s/ OLIVER W. WANGER_____
              United States District Judge
              Hon. Oliver W. Wanger

980520v1 / 17386.0001

PDF created with pdfFactory trial version www.pdffactory.com