Charles K. Manock   #161633
Louis D. Torch   #192506
**BAKER MANOCK & JENSEN, PC**
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704
Telephone:  559.432.5400
Facsimile:  559.432.5620

Attorneys for   Defendant, HAN-KWANG USA, INC., an Illinois corporation.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXCELSIOR METALS, INC., a California corporation,<br><br>                    Plaintiff,<br><br>         v.<br><br>HAN-KWANG USA, INC., an Illinois corporation; and DOES 1 through 100, inclusive,<br><br>                    Defendant.<br><br>HAN-KWANG USA, INC., an Illinois corporation,<br><br>                    Counter-claimant,<br><br>         v.<br><br>EXCELSIOR METALS, INC., a California corporation,<br><br>                    Counter-defendant | Case No.:  1:10-cv-02033--SMS<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE STIPULATION FOR DISMISSAL** |

///

///

///

1

[[PROPOSED] ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE STIPULATION FOR DISMISSAL

1  The Court, having read and considered the Request For Extension Of Time To File Stipulation For Dismissal ("Request") and the accompanying Declaration of Louis D. Torch, finds that good cause exists to grant the Request.

The Stipulation for Dismissal shall be filed by January 3, 2012.

All previously set dates in this case are hereby Ordered Vacated and a Telephonic Status Conference is set for January 31, 2012 at 1:30pm before Judge Snyder, regarding the Stipulation for Dismissal if it has not been submitted to the Court prior to this hearing date.

IT IS SO ORDERED.

Dated:   October 3, 2011            /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE

2
[[PROPOSED] ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE STIPULATION FOR DISMISSAL