Matthew W. Quall, #183759
Jay M. Kelly, #272061
Lang, Richert & Patch
Post Office Box 40012
Fresno, California 93755-0012
(559) 228-6700 Phone
(559) 228-6727 Fax

Attorneys for Plaintiff and Counter-Defendant, EXCELSIOR METALS, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| EXCELSIOR METALS, INC., a California corporation,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>HAN-KWANG USA, INC., an Illinois corporation; et al.,<br><br>　　　　　　　Defendants. | Case No. 1:10-cv-02033-SMS<br><br>**ORDER GRANTING REQUEST FOR ADDITIONAL EXTENSION OF TIME TO FILE STIPULATION FOR DISMISSAL - TO AND THROUGH FEBRUARY 17, 2012**<br>(Doc. 35) |
| HAN-KWANG USA, INC., an Illinois corporation,<br><br>　　　　　　　Counter-claimant,<br><br>　v.<br><br>EXCELSIOR METALS, INC., a California corporation,<br><br>　　　　　　　Counter-defendant. | |

　　　The Court, having read and considered the Request for Additional Extension of Time to File Stipulation for Dismissal and the accompanying Declaration of Matthew W. Quall, finds that good cause exists to grant the Request. The Stipulation for Dismissal shall be filed by February 17, 2012.

IT IS SO ORDERED.

Dated: __January 6, 2012__　　　　　　　　　　　　　__/s/ Sandra M. Snyder__
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE