Matthew W. Quall, #183759
Jay M. Kelly, #272061
Lang, Richert & Patch
Post Office Box 40012
Fresno, California 93755-0012
(559) 228-6700 Phone
(559) 228-6727 Fax
K:\SMS\To_Be_Signed\10cv2033.O.Excelsior.StipForExt.wpd:cm

Attorneys for Plaintiff and Counter-Defendant
EXCELSIOR METALS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| EXCELSIOR METALS, INC., a California corporation,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>HAN-KWANG USA, INC., an Illinois corporation; and DOES 1 through 100, inclusive,<br><br>　　　　　　　Defendants.<br><br>HAN-KWANG USA, INC., an Illinois corporation,<br><br>　　　　　　　Counter-claimant,<br><br>　v.<br><br>EXCELSIOR METALS, INC., a California corporation,<br><br>　　　　　　　Counter-defendant. | Case No. 1:10-cv-02033-SMS<br><br>**ORDER GRANTING [THIRD] REQUEST FOR ADDITIONAL EXTENSION OF TIME TO FILE STIPULATION FOR DISMISSAL**<br>(Doc. 38) |

　　　The Court, having read and considered the [Third] Request for Additional Extension of Time to File Stipulation for Dismissal ("Request") and the accompanying Declaration of Matthew W. Quall, finds that good cause exists to grant the Request as follows:

///

**ORDER**

1. As this is the third request (Docs. 31, 35 & 38) for an additional extension of time to file closing documents, counsel and the parties to this lawsuit are DIRECTED to use very best efforts to totally and completely resolve this matter by 4/17/12.

2. The *Stipulation and Proposed Order for Dismissal* shall be e-filed and e-mailed to smsorders@caed.uscourts.gov for approval by 4/17/12.

3. The Telephonic Status Conference re: settlement is CONTINUED from 2/21/12 @ 10:00 a.m. before Judge Snyder (Doc. 37) to 4/18/12 @ 9:30 a.m. before Judge Snyder (SMS), for which Plaintiff's counsel shall be responsible ~ if closing documents are not filed by 4/17/12.

IT IS SO ORDERED.

**Dated:**   February 17, 2012              /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE