Matthew W. Quall, #183759
Jay M. Kelly, #272061
Lang, Richert & Patch
Post Office Box 40012
Fresno, California 93755-0012
(559) 228-6700 Phone
(559) 228-6727 Fax
K:\SMS\To_Be_Signed\10cv2033.O.Excelsior.Dismissal.wpd:cm

Attorneys for Plaintiff and Counter-Defendant
EXCELSIOR METALS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| EXCELSIOR METALS, INC., a California corporation,<br><br>   Plaintiff,<br><br>   v.<br><br>HAN-KWANG USA, INC., an Illinois corporation; and DOES 1 through 100, inclusive,<br><br>   Defendants.<br><br>AND RELATED COUNTER-CLAIMS. | Case No. 1:10-cv-02033-SMS<br><br>**ORDER DISMISSING ENTIRE ACTION (Doc. 44)**<br><br>**ORDER DIRECTING CLERK TO ADMINISTRATIVELY CLOSE CASE** |

The Court, having received the Stipulation of Dismissal (Doc. 44), hereby orders this entire action dismissed with prejudice. The Clerk of Court is directed to administratively close the case.

IT IS SO ORDERED.

**Dated:   August 7, 2012**             /s/ Sandra M. Snyder
                                                              UNITED STATES MAGISTRATE JUDGE